# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | )<br>) Case No.: 21-11489<br>) Chapter 7 |
| Turhan Erel and Sapho Erel, | ) |
| Debtors. | )<br>)<br>) Hon. Timothy A. Barnes<br>)<br>) **Hearing Date:  June 5, 2024**<br>) **Hearing Time: 9:00 a.m.**<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Wednesday, June 5, 2024, at 9:00 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or electronically as described below, and present the motion of **Alex J. Whitt to Withdraw Appearance as Attorney for Trustee**, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 161 329 5276 and the password is 433658.  The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: May 29, 2024                                                  Respectfully submitted,


                                                            By: /s/ Alex J. Whitt

Alex J. Whitt (No. 6315835)
**HILTZ ZANZIG & HEILIGMAN LLC**
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
awhitt@hzhlaw.com

# UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 21-11489 |
| Turhan Erel and Sapho Erel, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | Hon. Timothy A. Barnes |
| ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE AS ATTORNEY FOR TRUSTEE

Alex J. Whitt hereby moves this Court for the entry of an order granting his authorization to withdraw from representation of Aja M Carr Favors, Chapter 7 Trustee (the "Trustee") and in support of this Motion, states as follows:

### JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

### BACKGROUND

2. On October 7, 2021, Debtor filed the above-captioned voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois. Aja M Carr Favors is the duly appointed chapter 7 trustee.

3. One of the Trustee's attorneys, Alex J. Whitt, was employed by Hiltz Zanzig & Heiligman LLC ("HZH Law"). Alex J. Whitt is in the process of leaving HZH Law. As part of that process, Alex J. Whitt seeks permission to withdraw as the Trustee's attorney in the above-referenced matter.

4.      The Trustee will continue to be represented by Reed Heiligman of Heiligman Law, who has an appearance on file.

## BASIS FOR THE RELIEF SOUGHT

5.      Under this Court's Local Rule 2091-1, an attorney of record may not withdraw without first obtaining leave of Court by motion.

6.      Rule 1.16(c)(7) of the ABA Model Rules of Professional Conduct specifies that a lawyer may withdraw from representing a client if good cause for withdrawal exists. Good cause exists in this case to withdraw because counsel is leaving his firm.

## NOTICE

7.      At least seven (7) days' notice of this Motion has been given to the Trustee, the US Trustee, and to all other parties who requested notice via the Court's CM/ECF system.

**WHEREFORE**, Alex J. Whitt respectfully requests that the Court enter an order authorizing him to withdraw from representation of the Trustee in the above-captioned case, and entering such further relief as this Court may deem just and proper.

Dated: May 29, 2024                        Respectfully submitted,

By: /s/ Alex J. Whitt

Alex J. Whitt (No. 6315835)
**HILTZ ZANZIG & HEILIGMAN LLC**
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
awhitt@hzhlaw.com

2

## **CERTIFICATE OF SERVICE**

I, Alex J. Whitt, an attorney, hereby certify that, on May 29, 2024, I caused a true and correct copy of the foregoing **Notice of Motion** and **Motion of Alex J. Whitt to Withdraw Appearance as Attorney for Trustee** to be served on all parties requesting service via the Court's CM/ECF system and the following via the indicated means:

### **VIA CM/ECF:**

Aja M Carr Favors, trustee@favorslawfirm.com, afavors@ecf.axosfs.com;bkadmin@axosfs.com
Jeffrey L. Gansberg, jeffrey.l.gansberg@usdoj.gov
Reed Heiligman, reed@heiligman.com, awhitt@hzhlaw.com
Patrick S Layng, USTPRegion11.ES.ECF@usdoj.gov
Stephen S Newland, steve@newlandlaw.com, r40699@notify.bestcase.com
Matthew M Saffar, saffarlaw@gmail.com
Ben L Schneider, ben@windycitylawgroup.com, mstone@windycitylawgroup.com; ebrandes@windycitylawgroup.com; schneider.benb120265@notify.bestcase.com

/s/      Alex J. Whitt